UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:23-CV-00195-FDW

| | |
|---|---|
| STEPHEN HOILMAN, | ) |
| Claimant, | ) ) ) |
| v. | ) **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY. | ) ) ) ) ) |

**THIS MATTER** is before the Court on the parties' Consent Motion to Remand, (Doc. No. 11). For the reasons stated in the consent motion, it is GRANTED, and all other pending motions are DENIED AS MOOT.

IT IS THEREFORE ORDERED that pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion, with Plaintiff's consent, to remand this case for further administrative proceedings, the Court hereby remands this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with Defendant's Consent Motion for Remand. See Melkonyan v. Sullivan, 501 U.S. 89 (1991); Shalala v. Schaefer, 509 U.S. 292 (1993).

**IT IS SO ORDERED.**

Signed: January 5, 2024

Frank D. Whitney
United States District Judge

1